IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS IVAN JAMES, | No. C 07-3821 MJJ (PR) |
|     Plaintiff(s), | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| C.O. LYNCH, et al., | |
|     Defendant(s). | |

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial, hearing or review before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that Plaintiff's Complaint is DISMISSED without prejudice to refiling in a petition for a writ of habeas corpus. Judgment is entered in favor of Defendants and against Plaintiff.

Dated: August 30, 2007          Richard W. Wieking, Clerk

By: Edward Butler
Deputy Clerk