Curtis Ivan Jaues
5C111L P.O Box 4610
Lancaster, CA. 93539-4610

P.66509

C07-3821 MJJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Curtis Ivan Jaues

v.

C.O. LYNCH, C.O. MACES etc.

CHANGE OF Address

FILED
MAR 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Please be informed that I am changing address from 3048 Buckingham rd. APT.#2 Los Angeles, CA. 90016 TO 5-C111L P.O. Box 4610 Lancaster, CA. 93539-4610

RESPECTFULLY SUBMITTED 3-4-08

Curtis Ivan Jaues