In the United States District Court
For the Northern District of California

Curtis Ivan James
5C 111L
P.O. Box 4610
Lancaster, CA 93539-4610

FILED
08 MAR 19 PM 2:31
[clerk stamp] U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Curtis Ivan James

　　　　Plaintiff(s),

v.

C.C. Lynch, et al

　　　　Defendant(s),

NO. C07-3821 MJJ (PR)
NO. C06-7315 MJJ (PR)
NO. C06-7314 MJJ (PR)

Notices of Appeal

Please be advised I am appealing the said decision dated August 30, 2007 per case No CV07-03821 MJJ, as well as No C067315 MJJ PR dated August 9th 2007 and No. 0671314 MJJ

Respectfully submitted 3-13-08

Curtis James