OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

**RICHARD W. WIEKING**
**CLERK**

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000

Curtis Ivan James
Prisoner Id P-66509
5-C111L
P.O. Box 4610
Lancaster, CA 93539-4610

**SUBJECT:**   **Request for Payment of Docket Fee**

Title   _____James v. Maces_____.

Case No.   __C 07-3821 MJJ_____

U.S. Court of Appeals Case No.   _____

A notice of appeal was filed with this Court on   ___03/19/08___   and the U.S. Court of Appeals docket fee of **$455.00** has not been received.  The docket fee should be forwarded to this office immediately.

A check should be made payable to "**Clerk, U.S. District Court**" and returned in the envelope provided.

Sincerely yours,

RICHARD W. WIEKING, Clerk

*Sheila Rash*

Case Systems Administrator

cc:  USCA

NDC App 5 Rev. 8-79