**RECEIVED**
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**APR - 4 2008**

'ILED_____

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 1, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 07-03821 MJJ**

**CASE TITLE: CURTIS IVAN JAMES-v-C.O. MACES**

USCA Case Number:

Dear Sir/Madam:

O8-15763

**FILED**
APR 1 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Enclosed is the **Notice of Appeal and Certificate of Record** in the above captioned

case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Sheila Rash
Case Systems Administrator

cc: Counsel of Record

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely



**RECEIVED**
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

APR - 4 2008

'ILED_____

April 1, 2008

## CASE INFORMATION:

Short Case Title: <u>CURTIS IVAN JAMES</u>-v- <u>C.O. MACES</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>San Francisco division ~ Judge Martin J. Jenkins</u>
Criminal and/or Civil Case No.: <u>CV 07-03821 MJJ</u>
Date Complaint/Indictment/Petition Filed: <u>7/26/07</u>
Date Appealed order/judgment *entered* <u>8/30/07</u>
Date NOA *filed* <u>3/19/08</u>

# 08-15763

Date(s) of Indictment        Plea Hearing        Sentencing

COA Status (check one):   ☐ granted in full (attach order)      ☐ denied in full (send record)
                          ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: <u>n/a</u>

### *Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                    Date Docket Fee Billed: <u>4/1/08</u>
Date FP granted:                          Date FP denied:
Is FP pending? ☐ yes  ☐ no                              Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

### *Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
<u>Appellate Counsel:</u>                  <u>Appellee Counsel:</u>
see docket sheet                          no appearance

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                              Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                  9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Sheila Rash</u>
(415) 522-2099

UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

APR 7 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

CURTIS IVAN JAMES,

        Plaintiff - Appellant

v.

LYNCH, C.O.; MACES, C.O.; E E
BANALES, Sgt.,

        Defendants - Appellees

No.  08-15763

D.C. No.  3:07-CV-03821-MJJ

**TIME SCHEDULE
ORDER**

The parties shall meet the following time schedule:

**Mon., May 19, 2008**      Appellant/petitioner's opening brief and excerpts of
record shall be served and filed pursuant to FRAP 32
and 9th Cir. R. 32-1;

**The optional appellant/petitioner reply brief shall be filed and served within
fourteen days of service of the appellee/respondent's brief, pursuant to FRAP
32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in
automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal
may have their case submitted on the briefs and record without oral
argument, pursuant to FRAP 34(a).  Within 10 days of the filing of the
appellant's opening brief, parties may file a statement setting forth the
reasons why, in the opinion of the parties, oral argument should be heard.**

        FOR THE COURT:
        Molly C. Dwyer
        Clerk of Court
        RT
        Ruben Talavera
        Deputy Clerk