— THIS FORM MUST BE KEPT CONFIDENTIAL —

982(a)(17)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Curtis James<br>C.S.P. P.O. Box 4610 C-32484P<br>Lancaster, CA 93539-4610<br>TELEPHONE NO.: FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Curtis James | **FILED**<br><br>APR 1 4 2008<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| NAME OF COURT: District Court Northern District<br>STREET ADDRESS: 450 Golden Gate Avenue<br>MAILING ADDRESS: Same<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: Northern District | |
| PLAINTIFF/PETITIONER: Curtis James<br>DEFENDANT/RESPONDENT: C.O. Noces | |
| **APPLICATION FOR**<br>**WAIVER OF COURT FEES AND COSTS** | CASE NUMBER:<br>C07-3821 MJJ |

**I request a court order so that I do not have to pay court fees and costs.**

1. a. ☒ I am *not* able to pay any of the court fees and costs.
   b. ☐ I am able to pay *only* the following court fees and costs (specify):

2. My current street or mailing address is (if applicable, include city or town, apartment no., if any, and zip code): Prison

3. a. My occupation, employer, and employer's address are (specify):

   b. My spouse's occupation, employer, and employer's address are (specify):

4. ☐ I am receiving financial assistance under one or more of the following programs:
   a. ☐ **SSI and SSP:** Supplemental Security Income and State Supplemental Payments Programs
   b. ☐ **CalWORKs:** California Work Opportunity and Responsibility to Kids Act, implementing TANF, Temporary Assistance for Needy Families (formerly AFDC)
   c. ☐ **Food Stamps:** The Food Stamp Program
   d. ☐ **County Relief, General Relief (G.R.), or General Assistance (G.A.)**

5. *If you checked box 4, you must check and complete one of the three boxes below, unless you are a defendant in an unlawful detainer action. Do not check more than one box.*
   a. ☐ (Optional) My Medi-Cal number is (specify):
   b. ☐ (Optional) My social security number is (specify):
   ☐☐☐ - ☐☐ - ☐☐☐☐ and my date of birth is (specify):
   [Federal law does not require that you give your social security number. However, if you don't give your social security number, you must check box c and attach documents to verify the benefits checked in Item 4.]
   c. ☐ I am attaching documents to verify receipt of the benefits checked in item 4, if requested by the court.
   [See Form 982(a)(17)(A) Information Sheet on Waiver of Court Fees and Costs, available from the clerk's office, for a list of acceptable documents.]

[If you checked box 4 above, skip items 6 and 7, and sign at the bottom of this side.]

6. ☐ My total gross monthly household income is less than the amount shown on the *Information Sheet on Waiver of Court Fees and Costs* available from the clerk's office.

[If you checked box 6 above, skip Item 7, complete items 8, 9a, 9d, 9f, and 9g on the back of this form, and sign at the bottom of this side.]

7. ☐ My income is not enough to pay for the common necessaries of life for me and the people in my family whom I support and also pay court fees and costs. [If you check this box, you must complete the back of this form.]

**WARNING:** You must immediately tell the court if you become able to pay court fees or costs during this action. You may be ordered to appear in court and answer questions about your ability to pay court fees or costs.

I declare under penalty of perjury under the laws of the State of California that the information on both sides of this form and all attachments are true and correct.

Date: 4-9-08

Curtis James
(TYPE OR PRINT NAME)    (Financial information on reverse)    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California
982(a)(17) [Rev. January 1, 2001]

**APPLICATION FOR WAIVER OF COURT FEES AND COSTS**
**(In Forma Pauperis)**

THOMSON
WEST

Government Code,
§ 68511.3

PLAINTIFF/PETITIONER: Curtis James
DEFENDANT/RESPONDENT: C.O. Maces
CASE NUMBER: C07-3821 MJJ

## FINANCIAL INFORMATION

8. ☐ My pay changes considerably from month to month. *[If you check this box, each of the amounts reported in Item 9 should be your average for the past 12 months.]*

9. **MY MONTHLY INCOME**
   a. My gross monthly pay is: .............. $ ⌀
   b. **My payroll deductions are** *(specify purpose and amount):*
      (1) _____ $ 
      (2) _____ $ 
      (3) _____ $ 
      (4) _____ $ 
      My TOTAL payroll deduction amount is: $ ⌀
   c. My monthly take-home pay is (a. minus b.): ................ $ ⌀
   d. Other money I get each month is *(specify source and amount; include spousal support, child support, parental support, support from outside the home, scholarships, retirement or pensions, social security, disability, unemployment, military basic allowance for quarters (BAQ), veterans payments, dividends, interest or royalty, trust income, annuities, net business income, net rental income, reimbursement of job-related expenses, and net gambling or lottery winnings):*
      (1) _____ $ 
      (2) _____ $ 
      (3) _____ $ 
      (4) _____ $ 
      The TOTAL amount of other money is: $ ⌀
      *(If more space is needed, attach page labeled Attachment 9d.)*
   e. **MY TOTAL MONTHLY INCOME IS** (c. plus d.): .................... $ ⌀
   f. Number of persons living in my home: ___
      Below list all the persons living in your home, including your spouse, who depend in whole or in part on you for support, **or** on whom you depend in whole or in part for support:

      | Name | Age | Relationship | Gross Monthly Income |
      |------|-----|--------------|----------------------|
      | (1) | | | $ |
      | (2) | | | $ |
      | (3) | | | $ |
      | (4) | | | $ |
      | (5) | | | $ |

      The TOTAL amount of other money is: $ ⌀
      *(If more space is needed, attach page labeled Attachment 9f.)*
   g. **MY TOTAL GROSS MONTHLY HOUSEHOLD INCOME IS** (a. plus d. plus f.): ................ $ ⌀

10. **I own or have an interest in the following property:**
    a. Cash ............................... $ ⌀
    b. Checking, savings, and credit union accounts *(list banks):*
       (1) _____ $ 
       (2) _____ $ 
       (3) _____ $ 
       (4) _____ $ 

    c. Cars, other vehicles, and boats *(list make, year, fair market value (FMV), and loan balance of each):*

       | Property | FMV | Loan Balance |
       |----------|-----|--------------|
       | (1) | $ | $ |
       | (2) | $ | $ |
       | (3) | $ | $ |

    d. Real estate *(list address, estimated fair market value (FMV), and loan balance of each property):*

       | Property | FMV | Loan Balance |
       |----------|-----|--------------|
       | (1) | $ | $ |
       | (2) | $ | $ |
       | (3) | $ | $ |

    e. Other personal property — jewelry, furniture, furs, stocks, bonds, etc. *(list separately):*
       $ ⌀

11. **My monthly expenses not already listed in item 9b above are the following:**
    a. Rent or house payment & maintenance  $ ____
    b. Food and household supplies .........  $ ____
    c. Utilities and telephone ................  $ ____
    d. Clothing ............................  $ ____
    e. Laundry and cleaning ................  $ ____
    f. Medical and dental payments ........  $ ____
    g. Insurance (life, health, accident, etc.)  $ ____
    h. School, child care ...................  $ ____
    i. Child, spousal support (prior marriage)  $ ____
    j. Transportation and auto expenses (insurance, gas, repair) .............  $ ⌀
    k. Installment payments *(specify purpose and amount):*
       (1) _____ $ 
       (2) _____ $ 
       (3) _____ $ 
       The TOTAL amount of monthly installment payments is: .............  $ ⌀
    l. Amounts deducted due to wage assignments and earnings withholding orders:  $ ⌀
    m. Other expenses *(specify):*
       (1) _____ $ 
       (2) _____ $ 
       (3) _____ $ 
       (4) _____ $ 
       (5) _____ $ 
       The TOTAL amount of other monthly expenses is: ....................  $ ⌀
    n. **MY TOTAL MONTHLY EXPENSES ARE** (add a. through m.): ................  $ ⌀

12. Other facts that support this application are *(describe unusual medical needs, expenses for recent family emergencies, or other unusual circumstances or expenses to help the court understand your budget; if more space is needed, attach page labeled Attachment 12):*

**WARNING:** You must immediately tell the court if you become able to pay court fees or costs during this action. You may be ordered to appear in court and answer questions about your ability to pay court fees or costs.

982(a)(17) [Rev. January 1, 2001]

**APPLICATION FOR WAIVER OF COURT FEES AND COSTS**
(In Forma Pauperis)

Page two