IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
APR 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Curtis James
1 3B 29
P.O. Box 950
Represa, CA. 95671

Curtis Ivan James

v.

C.O. Lynch, et al
Defendants

NO. CV-07-3821 MJJ (PR)
NO. CV-06-7315 MJJ (PR) CW
NO. CV-06-7314 MJJ (PR)

Change of Address

Please view this said letter as a change of address from SCIIIL P.O. Box 4610 Lancaster, CA. 93539-4610 to 1-3B-29 P.O. Box 950 Represa, CA. 95671, Also I need a update and a copy of all of the said legal documents Thats part of ur Habeas Corpus, and the 1983, I just arrived to this facility, and I couldn't get ur property, so I need a 30 day extention.

Respectfully submitted, 4-27-08