FILED

MAY 0 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS IVAN JAMES, | No. C 07-3821 MJJ (PR) |
| Plaintiff, | **ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL** |
| v. | |
| C.O. LYNCH, et al., | |
| Defendants. | (Docket No. 13) |

Plaintiff, a California state prisoner, filed this civil rights action under 42 U.S.C. § 1983. The complaint was dismissed both as duplicative of Case No. 06-7314, and also because plaintiff's claims sought habeas relief insofar as they challenged the deprivation of good time credits. See Butterfield v. Bail, 120 F.3d 1023, 1024 (9th Cir. 1997); Young v. Kenny, 907 F.2d 874, 876-78 (9th Cir. 1990). Plaintiff has applied for leave to proceed in forma pauperis ("IFP") on appeal. 28 U.S.C. § 1915(a)(3) provides that an appeal may not be taken in forma pauperis if the district court certifies that it is not taken in good faith. As the claims herein were duplicative of the claims raised plaintiff's prior action, the appeal is not taken in good faith, and leave to proceed IFP on appeal is DENIED.

The Clerk shall serve notice of this order forthwith to the United States Court of Appeal and to the parties. See Fed. R. App. P. 24(a).

This order terminates Docket No. 13.

IT IS SO ORDERED.

DATED: 5 8 08

SUSAN ILLSTON
United States District Judge

G:\PRO-SE\MJJ\CR.07\jamescurtis2.afp.wpd

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CURTIS IVAN JAMES,

         Plaintiff,

v.

C.O. MACES et al,

         Defendant.

_____/

Case Number: CV07-03821 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Curtis Ivan James
Prisoner Id P-66509
1-3B-29
P.O. Box 950
Represa, CA 95671

Dated: May 13, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk