UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 06 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| CURTIS IVAN JAMES,<br><br>　　　　Plaintiff - Appellant,<br><br>　V.<br><br>LYNCH, C.O.; MACES, C.O.; E E BANALES, Sgt.,<br><br>　　　　Defendants - Appellees. | No. 08-15763<br>D.C. No. 3:07-CV-03821-MJJ<br>Northern District of California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered 5/15/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Gabriela Van Allen
Deputy Clerk