FILED

MAY 15 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CURTIS IVAN JAMES,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>LYNCH, C.O.; et al.,<br><br>        Defendants - Appellees. | No. 08-15763<br><br>D.C. No. 3:07-CV-03821-MJJ<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: KOZINSKI, Chief Judge, THOMAS and CALLAHAN, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the March 19, 2008 notice of appeal was not filed or delivered to prison officials within 30 days from the entry of the August 30, 2007 judgment. *See* 28 U.S.C. § 2107(a); *United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional). Consequently, this appeal is dismissed for lack of jurisdiction.

MF/Pro Se