**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

June 18, 2008

CASE NUMBER:   **CV 07-03821 MJJ**
CASE TITLE:    **CURTIS IVAN JAMES-v- C.O. MACES**
DATE MANDATE FILED:  6/18/08

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

    Sincerely,

    RICHARD W. WIEKING, Clerk

    by: (Sheila Rash)
    Case Systems Administrator

Distribution:   CIVIL       -   Counsel of Record

              CRIMINAL    -   Counsel of Record
                                  U.S. Marshal (Copy of Mandate)
                                  U.S. Probation Office

NDC App-16