Curtis James
P.66509
P.O. Box 950
Represa CA 95671

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

C 07-3821 MJJ

RECEIVED
08 JUN 18 PH 12:52
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Curtis Ivan James<br>Plaintiff-Appellant,<br>v<br>State of California | Criminal Case # BA243195<br>request for case Number (Habeas Corpus)<br>request for update<br>change of address |

Please be advised, this is MY second said request, per these issues as well as a change of address from 3048 Buckingham rd. APT. #2 Los Angeles, CA. 90016 TO P.O. Box 950 Represa, CA. 95671.

RESPECTFULLY SUBMITTED, 6-16-08 [signature]

Folsom State Prison
P.O. Box 715071
Represa, CA 95671

NAME: Curtis Jones
CDCR#: P46509  Bldg/Bed: 1 - B3- 29

**STATE PRISON
GENERATED MAIL**

ADDRESS TO:
P.O. BOX 715071 Letter, Photos, Stamps only
P.O. BOX 1790 Money Orders only
P.O. BOX 950 Legal Mail only.

PRISON GENERATED MAIL
FOLSOM STATE PRISON
PO BOX 715071
REPRESA CA 95671

$ 00.42⁰  JUN 17 2008
MAILED FROM ZIP CODE 95672

Office of the Clerk U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

FSP41-0077